ALVIN LANDIS v. NEIL H. KOLSKY.

February 14, 1979. Petition for certification granted.

DOROTHY ALDI v. ANDREW ALDI.

February 14, 1979. Petition for certification denied.

SHIRLEY SCHOENFELD v. BOARD OF REVIEW.

February 14, 1979. Petition for certification denied. (See 163 *N. J. Super.* 584)

STATE OF NEW JERSEY v. FORREST COVIN.

February 14, 1979. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
PATRICK McGOVERN, DECEASED.

February 14, 1979. Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF RONSON COR-
PORATION FOR A HELISTOP-PRIVATE USE LICENSE
IN BRIDGEWATER TOWNSHIP, NEW JERSEY.

February 14, 1979. Petition for certification denied. (See 164 *N. J. Super.* 68)